# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALAN B. SMITH,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RANDALL SHOLTIES, *et al*.,<br><br>　　　　　Defendants. | 3:09-cv-00558-LRH-RAM<br><br>**ORDER** |

Plaintiff Alan B. Smith, has filed an amended civil rights complaint in an attempt to address the court's concerns outlined in its screening order of August 17, 2010. The court finds that the amended complaint states a claim against the named defendants on an Eight Amendment violation for use of excessive force. The amended complaint shall be served.

**IT IS THEREFORE ORDERED** as follows:

1. The Clerk **shall electronically serve a copy of this order, including the attached Notice of Intent to Proceed with Mediation form, along with a copy of plaintiff's complaint, on the Office of the Attorney General of the State of Nevada, to the attention of Pamela Sharp**.

2. The Attorney General's Office shall advise the Court within **twenty-one (21) days** of the date of entry of this order whether it can accept service of process for the named defendants. As to any of the named defendants for which the Attorney General's Office cannot accept service, the Office shall file, *under seal*, the last known address(es) of those defendant(s).

3. If service cannot be accepted for any of the named defendant(s), plaintiff shall file a motion identifying the unserved defendant(s), requesting issuance of a summons, and specifying a full name and address for said defendant(s). Plaintiff is reminded that, pursuant to Rule 4(m) of the Federal

1 Rules of Civil Procedure, service must be accomplished within one hundred twenty (120) days of the
2 date the complaint was filed.
3        4.      If the Attorney General accepts service of process for any named defendant(s), such
4 defendant(s) shall file and serve an answer or other response to the complaint within **thirty (30) days**
5 following the date of the early inmate mediation. If the court declines to mediate this case, an answer
6 or other response shall be due within **thirty (30) days** following the order declining mediation.
7        5.      The parties **SHALL DETACH, COMPLETE AND FILE** the attached Notice of Intent
8 to Proceed with Mediation form on or before **thirty (30) days** from the date of entry of this order.
9        DATED: October 7, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

1

_____

2  Name

_____

3  Prison Number (if applicable)

_____

4  Address

_____

5

_____

6

7

8                         UNITED STATES DISTRICT COURT
                                 DISTRICT OF NEVADA
9

10

_____, )      Case No. _____

11              Plaintiff,                )
                                          )
12  v.                                    )      NOTICE OF INTENT TO
                                          )      PROCEED WITH MEDIATION
13  _____   )
                                          )
14  _____   )
                    Defendants.           )
15  _____)

16       This case may be referred to the District of Nevada's early inmate mediation program. The purpose of this notice is to assess the suitability of this case for mediation. Mediation is a process by
17  which the parties meet with an impartial court-appointed mediator in an effort to bring about an expedient resolution that is satisfactory to all parties.
18

19  1.   Do you wish to proceed to early mediation in this case? \_\_\_\_ Yes   \_\_\_\_ No

20  2.   If no, please state the reason(s) you do not wish to proceed with mediation? _____

21       _____

22       _____

23       _____

24  3.   List any and all cases, including the case number, that plaintiff has filed in federal or state court in the last five years and the nature of each case. (Attach additional pages if needed).
25

_____

26

3

1  _____

2  _____

3  4.     List any and all cases, including the case number, that are currently pending or any pending grievances concerning issues or claims raised in this case. (Attach additional pages if needed).

4  _____

5  _____

6  _____

7  _____

8  5.     Are there any other comments you would like to express to the court about whether this case is suitable for mediation. You may include a brief statement as to why you believe this case is suitable for

9  mediation. (Attach additional pages if needed).

10  _____

11  _____

12  _____

13  _____

14        This form shall be filed with the Clerk of the Court on or before thirty (30) days from the date of entry of this order.

15

16        Counsel for defendants: By signing this form you are certifying to the court that you have consulted with a representative of the Nevada Department of Corrections concerning participation in

17  mediation.

18        Dated this ____ day of _____, 2010.

19

20                                         _____
                                                     Signature

21

22                                           _____
                                                   Name of person who prepared or

23                                                     helped prepare this document

24

25

26