1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                              DISTRICT OF NEVADA

8                                   * * * * *

9    ALAN B. SMITH,                          )
                                             )
10              Plaintiff,                    )           3:09-cv-00558-LRH-RAM
                                             )
11   v.                                       )
                                             )           O R D E R
12   JACKIE CRAWFORD, et al.,                 )
                                             )
13              Defendants.                    )
     _____ )

14

15          Before this Court is Report and Recommendation of U.S. Magistrate Judge Robert A.

16   McQuaid, Jr. (#27[1]) entered on January 19, 2011, recommending dismissing this action without

17   prejudice as provided by LSR 2-2. This action was referred to the Magistrate Judge pursuant to 28

18   U.S.C. § 636(b)(1)(B) and LR IB 1-4 of the Local Rules of Practice of the United States District Court

19   for the District of Nevada.

20          The Court has conducted its *de novo* review in this case, has fully considered the pleadings and

21   memoranda of the parties and other relevant matters of record  pursuant to 28 U.S.C. § 636 (b) (1) and

22   Local Rule IB 3-2.  The Court determines that the Magistrate Judge's Report and Recommendation

23   (#27) entered on January 19, 2011, should be adopted and accepted.

24          IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation

25   _____

26          [1]Refers to court's docket number.

1  (#27) entered on January 19, 2011, is adopted and accepted, and this action is DISMISSED **without**

2  **prejudice** as provided by LSR 2-2.

3         The Clerk of the Court shall enter judgment accordingly.

4         IT IS SO ORDERED.

5         DATED this 13th day of February, 2011.

6

7

8                                                        _____
                                                         LARRY R. HICKS
9                                                        UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26
                                              2